UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61543-CIV-SMITH

RICHARD ALLEN GABLE, ET AL.,

    Plaintiffs,

vs.

PNC BANK, N.A.,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. On September 23, 2019, the Court issued an Order to Show Cause [DE 11] why this case should not be dismissed for Appellants' failure to timely file their brief. The Order to Show Cause stated that Appellants "shall show cause why this matter should not be dismissed for failure to timely file their brief." The Order further stated that failure to show cause "may result in dismissal of this action without further notice." A review of the record indicates that Appellants have not responded to the Order to Show Cause. Accordingly, it is

    **ORDERED** that:

    1. This case is **DISMISSED.**

    2. All pending motions not otherwise ruled upon are **DENIED as moot.**

    3. This case is **CLOSED.**

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of October, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record